

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>RICHARD ANDREW AGUIRRE,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:23-MJ-00418<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>August 29</u>, <u>2023</u>, at <u>10:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>8/22/23</u>

_____
U.S. District Judge/Magistrate Judge
KAREN E. SCOTT